Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 11−10321−GMB
Chapter: 13
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael P. Conville Sr.
dba Josephina's Italian Deli and Catering
303 Fire Thorne Court
Turnersville, NJ 08012

Antionette M. Conville
dba Legends Xtreme All Stars
303 Fire Thorne Court
Turnersville, NJ 08012

Social Security No.:
   xxx−xx−2850                                                                xxx−xx−0621

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

   Attorney Disclosure Statement, Chapter 13 Plan and Motions, Statement of Financial Affairs, Summary of Schedules, Summary of Liabilities, Statement of Current Monthly Income, Schedules A−J

2. This case will be dismissed on January 20, 2011, unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   401 Market Street
   Camden, NJ 08102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before January 20, 2011.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: January 7, 2011
JJW: jpl

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.