UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**3/28/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re:<br><br>Michael P. Conville, Sr.<br><br>dba Josephina's Italian Deli and Catering,<br><br>and<br><br>Antoinette M. Conville<br>dba Legends Extreme All Stars,<br>Debtors. | Case No.: 11-10321-GMB<br><br>Chapter 13<br><br>Hearing Date: March 28, 2011<br><br>Judge: Gloria M. Burns |

**CAPTION OF ORDER**

The relief set forth on the following page is hereby **ORDERED**.

Dated:  March        2011

**DATED: 3/28/2011**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

**WINNE, BANTA, HETHERINGTON,**
**BASRALIAN & KAHN, P.C.**
Court Plaza South - East Wing
21 Main Street - P.O. Box 647
Hackensack, New Jersey 07601
 (201) 487-3800
Attorneys for Creditor, Williamstown '04 LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:          : | Chapter 13 |
|          : | |
| Michael P. Conville, Sr.       : | Case No. 11-10321-GMB |
| dba Josephina's Italian Deli and Catering,    : | |
|          : | |
|       and       : | Hearing Date: March 28, 2011 |
| Antoinette M. Conville       : | |
| dba Legends Extreme All Stars,     : | |
|          : | |
|      Debtors.     : | |

**ORDER GRANTING RELIEF FROM THE**
**AUTOMATIC STAY AS TO REAL PROPERTY**

     Upon the Motion of Williamstown '04 LLC under Bankruptcy Code Section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth and for cause shown,

     It is on this ___ day of March 2011, as follows:

     The Automatic Stay of the Bankruptcy Code Section 362(d) is vacated to permit the movant to institute and prosecute to conclusion an action in the court of appropriate jurisdiction to state court relief pursuant to the lease held by the movant upon certain land and premises known as 1041 Glassboro Road (Route 322), Building, A, Units A3-4, Monroe, New Jersey, and hereby waives the 14-day stay period.

     The movant shall serve a copy of this Order upon the debtor, trustee and any other party who entered an appearance on the motion.

*Approved by Judge Gloria M. Burns March  28, 2011*